# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENTON M. TORREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONNIE YOUNGBLOOD, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01620-DLB PC<br><br>**ORDER DENYING MOTION WITHOUT PREJUDICE** (ECF No. 2)<br><br>**ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

　　　　Plaintiff is a federal prisoner proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff had submitted an in forma pauperis application which listed his current place of incarceration as Lerdo Detention Facility in Bakersfield, California.  ECF No. 2. However, Plaintiff is a federal prisoner and is now incarcerated on Terminal Island, California.  That application is thus denied without prejudice.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

　　Dated:　　**November 8, 2012**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28